| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Hamilton, David F | 2. Court or Organization USDC - S. Ind. | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Article III Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chamber or Office Address 46 East Ohio Street Room 330 Indianapolis, Indiana 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William E. Schmidt Foundation |
| 2. | Member | Board of Visitors, Indiana University School of Law, Bloomington |
| 3. | Adjunct Professor Jan-May 2004 | Indiana University School of Law, Bloomington |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 13 · A 11: 40

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Jan-May | Indiana University School of Law, Bloomington | $5,000 |
| 2. | Jan-Dec | William E. Schmidt Foundation | $750 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Nov-Dec | Child Advocates, Inc. salary |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Aspen Institute | Travel, meals and lodging for seminar in Wye, Maryland, Oct. 2004 |
| 2. | William E. Schmidt Foundation | Meals and lodging for board meeting in Evansville, Indiana, June 2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Indiana University | Herman B. Wells Scholarship | $8,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SLMA | Student loans | L |
| 2. | Kentucky Higher Education Assist. Auth. | Student loans | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, David F | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank One - Indianapolis | B | Interest | M | T | | | | | |
| 2. IBM common stock | A | Dividend | J | T | | | | | |
| 3. Northwestern Mutual Life policies | A | Dividend | K | T | | | | | |
| 4. Salomon Smith Barney U.S. Treasury Bonds | A | Interest | K | T | | | | | |
| 5. Vanguard Primecap | A | Dividend | K | T | | | | | |
| 6. Price Growth Fund | A | Dividend | K | T | | | | | |
| 7. Price MidCap Growth Fund | A | Dividend | K | T | | | | | |
| 8. Vanguard Money Market | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Vanguard Total Stock Index | A | Dividend | J | T | | | | | |
| 11. Vanguard Tax Mgd. Cap. App. | A | Dividend | J | T | | | | | |
| 12. Vanguard Tax Mgd. Growth & Income | A | Dividend | J | T | | | | | |
| 13. Vanguard Tax Mgd. International Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Tax Mgd. Small Cap | A | Dividend | J | T | | | | | |
| 15. Vanguard Growth Index Roth | A | Dividend | J | T | | | | | |
| 16. Hilliard Lyons Govt. Fund | A | Dividend | J | T | Marriage | 11/12 | J | | |
| 17. Hilliard Lyons Senbanc Fund | A | Dividend | J | T | Marriage | 11/12 | J | | |
| 18. CREF Growth Fund | A | Dividend | K | T | Marriage | 11/12 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, David F | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcation (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CREF Global Equities | A | Dividend | K | T | Marriage | 11/12 | K | | |
| 20. Fidelity Blue Chip Growth | A | Dividend | J | T | Marriage | 11/12 | J | | |
| 21. Fidelity Growth Company | A | Dividend | K | T | Marriage | 11/12 | K | | |
| 22. Fidelity Overseas | A. | Dividend | J | T | Marriage | 11/12 | J | | |
| 23. Fidelity Aggressive Growth | A | Dividend | J | T | Marriage | 11/12 | J | | |
| 24. Fidelity Emerging Markets | A | Dividend | J | T | Marriage | 11/12 | J | | |
| 25. Fidelity Spartan U.S. Equity Index | A | Dividend | K | T | Marriage | 11/12 | K | | |
| 26. Bloomington, IN Rental Property | A | Rent | L | R | Marriage | 11/12 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001- 1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $5,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date  May 12, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544